box—the evid. offered might have been a reasonable ground to suppose that the box had been robbed—but it does not warrant the Deft in fixing it upon the Plff.

Upon such information, if the Deft will of his own accord charge the act of [to] the Plff he must justify or abide the result—

It is the opinion of this Court that the evid. was properly rejected—and it is ordered that this opinion be certified [to] the Circuit Court.

The above was the substance of the opinion—

On looking over the case after argument Judge Whipple stated that some material facts had been omitted in making up the case, which he thought might have a material bearing upon the question submitted—

After I had given the opinion of the Court he assented [to] it as the case was made—

D. W. OWEN and I. OWEN *versus* the PRESIDENT, DIRECTORS and COMPANY of the FARMERS' BANK of SANDSTONE

January [?], 1841.

A. D. Fraser, attorney for plaintiffs in error.
P. R. Adams, attorney for defendants in error.

## MONIQUE GODFREY *versus* AMBROSE BEACH
### March 4, 1841.

McClelland & Christiancy, attornies for plaintiff.
Wing, Noble, Felch, Romeyn, attornies for defendant.